PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV - 1 2019
BY
DEPUTY_____

Robert Miller 866293
Plaintiff's Name and ID Number

Hodge unit 379 FM 2972 Rusk, Tx. 75785
Place of Confinement

V.

CASE NO. 1:19cv552
(Clerk will assign the number)

Brian Collier P.O. Box 99 Huntsville, Tx. 77342

William Jones Hodge unit 379 FM 2972 Rusk, Tx. 75785
Defendant's Name and Address

Melissa Tatum Hodge unit 379 FM 2972 Rusk, Tx. 75785
Defendant's Name and Address

Lorenzo Bustos Hodge unit 379 FM 2972 Rusk, Tx. 75785
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: 11/13/2018
        2. Parties to previous lawsuit:
           Plaintiff(s) Robert Miller
           Defendant(s) University of Texas Medical Branch, et al.
        3. Court: (If federal, name the district; if state, name the county.) NORTHERN
        4. Cause number: 6:18-CV-041-C
        5. Name of judge to whom case was assigned: Sam R. Cummings
        6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
        7. Approximate date of disposition: 11/13/2018

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Hodge unit 379 FM 2972 Rusk, Tx. 75785

III. EXHAUSTION OF GRIEVANCE PROCEDURES: Grievance investigator refuses to respond to grievances

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert Miller 866293 Hodge unit 379 FM 2972 Rusk, Tx. 75785

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Brian Collier executive director of T.D.C.P. O. Box 99 Huntsville, Tx. 75785

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Brian is sued for hiring Bustos a gang member and cold blooded murderer

Defendant #2: William Jones senior warden Hodge unit 379 FM 2972 Rusk, Tx. 75785

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. William is sued for obstructing justice refusing to ask F.B.I. to arrest Bustos

Defendant #3: Melissa Tatum head psychiatrist Hodge unit 379 FM 2972 Rusk, Tx. 75785

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. Melissa is sued for refusing to transfer me to Montford unit violating eighth amendment

Defendant #4: Lorenzo Bustos sergeant Hodge unit 379 FM 2972 Rusk, Tx. 75785

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Lorenzo is sued for murdering my Mom Jesusa Ortiz my 2 brothers Felix and Tony of 307

Defendant #5: 3rd Street O'Donnell, Tx. Lynn County

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. (1) Brian Collier is sued under color of state law in his individual capacity in his official capacity for hiring Bustos a gang member and coldblooded murderer. (2) William Jones is being sued under color of state law in his individual capacity in his official capacity for obstructing justice by refusing to ask F.B.I. to arrest Bustos. (3) Lorenzo Bustos is sued under color of state law in his individual capacity in his official capacity for murder of my mother Jesusa Ortiz, my brothers Felix and Tony of 307 3rd Street O'Donnell, Tx. 79351 this has caused me severe mental distress severe mental anguish. (4) Melissa Tatum is sued under color of state law in her individual capacity in official capacity for refusing to transfer me to Montford to treat my schizophrenia.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I seek $85 million in compensatory damages I want defendants to pay all filing fees I want immediate transfer to Montford unit I want F.B.I. to be called in to arrest Bustos an immediate jury trial and I want Jeff Blackburn @ 718 S.W. 16th Ave. Amarillo, Tx. 79101 to be appointed as my counsel. I want judge to strip Bustos of his sargeant rank

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Guero, Bobby, Robert

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

482955, 578332, 866293

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on 10/30/19
         DATE

Robert Miller
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ~~15th~~ 29th day of ~~September~~ October, 20 19.
            (Day)              (month)         (year)

Robert Miller
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION

Robert Miller 866293

v.

Brian Collier ET AL.,

CASE NO. _____

## MEMORANDUM OF LAW

Sgt. Lorenzo Bustos has completely stopped all my incoming/outgoing mail. I do not know whether my family was murdered by Bustos like he told me that he murdered them. Only reason this 1983 is going out, is because Ms. Baldwin of law library is taking it to mailroom. The Texas Innocence Network U.H.L.C. were going to help me prove my innocence, they requested additional information and I tried sending it to them but Bustos withheld my letter and they decided not to help me prove actual innocence. I cannot file grievances because Bustos told grievance investigator not to process my grievances. I also mailed an 11.07 writ of habeas corpus on 6/3/19 that would have set me free but Bustos withheld it. I have no remedy only way I will ever be reunited with my 2 kids who I have not seen in 21½ years is if this Honorable Court grants me an immediate transfer to Montford unit. And "Please" do not transfer this lawsuit to Tyler Division because I will not be able to file appeal or objection Bustos will cause my lawsuit to be dismissed. I have grandkids that I have not met and Bustos will not let me write my daughter or my sister who I have not seen in 25 years, she wants to come visit me, but Bustos will not let my letters out to her where I tried telling that she's on my visiting list. I also want Judge to strip Bustos of his sargeant rank. I want Defendants to pay all filing fees and I want immediate jury trial and I want Jeff Blackburn of Amarillo, Tx. to be appointed as my counsel. Robt Miller

Robert Miller 866293
Hodge unit 379 FM 2972
Rusk, Tx.
75785